FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLAY VINSON HAYNES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TOM CROSKREY, JERRY HATCHER, SHON SMALL, JIM BEAVER, JEROME DELVIN, JOSHUA COMBS and SCOTT SAUZA,<br><br>　　　　　　Defendants. | NO: 4:19-CV-5252-TOR<br><br>ORDER DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

BEFORE THE COURT are Plaintiff Clay Vinson Haynes' Motion and Affidavit to Waive Further Collection of the Filing Fee, ECF No. 13, and a Motion to Reconsider Judgment, ECF No. 14. For good cause shown, **IT IS ORDERED** Plaintiff's Motion to Waive Further Collection of the Filing fee is **GRANTED** and the institution having custody of Mr. Haynes shall cease collection of the filing fee

ORDER DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

in this action, cause number 4:19-CV-5252-TOR.  **IT IS FURTHER ORDERED** Plaintiff's Motion to Reconsider is **DENIED as moot.**

**IT IS SO ORDERED.**  The Clerk of Court is directed to enter this Order and forward a copy to Plaintiff.  The Clerk of Court is further directed to send a copy of this Order to the **Benton County Jail, Attn: Jail Records Sergeant, 7122 Okanogan Bldg B, Kennewick, WA 99336,** to forward to the appropriate agency having custody of Plaintiff, and provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington. The file remains **closed.**

**DATED** January 31, 2020.



THOMAS O. RICE
Chief United States District Judge